IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA REYNOLDS,

        Plaintiff,

v.

SCOTT CREDIT UNION,

        Defendant.

Case No. 3:21-cv-00926-SPM

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed jointly by the parties, dated February 1, 2022, (Doc. 20), Plaintiff Paula Reynolds' claims against Defendant Scott Credit Union are **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    **DATED:   February 1, 2022.**

                                          **MARGARET M. ROBERTIE,**
                                          **Clerk of Court**

                                          **By:  s/ *Jackie Muckensturm***
                                                 **Deputy Clerk**

**APPROVED: s/ *Stephen P. McGlynn***
                    **STEPHEN P. MCGLYNN**
                    **U.S. District Judge**